**76C01-2109-CT-000403**

USDC IN/ND case 1:21-cv-00368-HAB-SLC   document 1-4   filed 09/24/21   page 1 of 11

Filed: 9/13/2021 4:48 PM
Clerk
Steuben Circuit Court
Steuben County, Indiana

# APPEARANCE FORM (CIVIL)
## Initiating Party

**Case Number:** _____
*(To be supplied by Clerk at the time of filing)*

/ / Check if *Pro Se*.    **NOTE: *This form is not required for pro se protective orders.***

1. <u>ALLEN BELL</u>                                    2. _____
   Name of first initiating party                          Telephone of *pro se* initiating party
   *(Supply names of additional initiating parties on continuation page.)*

3. Attorney information (as applicable for service of process):

   Name: <u>Richard T. Truitt</u>          Atty Number: <u>893-35</u>
        Email: r.truitt@truittlawoffices.com
   Name: <u>Phillip A. Truitt</u>          Atty Number: <u>35605-35</u>
        Email: p.truitt@truittlawoffices.com
   Name: <u>Daniel E. Brophy</u>           Atty Number: <u>14471-02</u>
        Email: d.brophy@truittlawoffices.com
   Address: <u>TRUITT LAW OFFICES</u>      Phone: <u>(260) 356-5066</u>
            <u>2855 Northpark Avenue, Suite 107</u>   FAX: <u>(260) 356-7313</u>
            <u>Huntington, Indiana 46750</u>

   *(Supply information for additional attorneys on continuation page.)*

4. Case Type requested: <u>   CT   </u>          5. Will accept FAX service: Yes ___   No **XX**
   *[See Administrative Rule 8(b)(3)]*

6. Social Security numbers of all family members in proceedings involving support issues.

   Name:_____ SS# _____   Name: _____ SS#:_____

   Name:_____ SS# _____   Name: _____ SS#:_____

   Name:_____ SS# _____   Name: _____ SS#:_____
   *(Supply social security numbers for additional persons on continuation page.)*

7. Are there related cases?   Yes_____   No <u>X</u>      If yes, list case and number below:

   Caption _____   Case Number: <u>New Case</u>
   Caption _____   Case Number _____
   *(Supply information for additional related cases on continuation page.)*

8. Additional information required by state or local rule: _____
   _____

*Exhibit C*

Respectfully Submitted,

/s/ Richard T. Truitt
Richard T. Truitt, Atty # 893-35
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Email: r.truitt@truittlawoffices.com
Attorney for Plaintiff

/s/ Phillip A. Truitt
Phillip A. Truitt, Atty #35605-35
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Email: p.truitt@truittlawoffices.com
Attorney for Plaintiff

/s/ Daniel E. Brophy
Daniel E. Brophy, Atty # 14471-02
TRUITT LAW OFFICES
2855 Northpark Avenue, Suite 107
Huntington, Indiana 46750
Telephone: (260) 356-5066
Email: d.brophy@truittlawoffices.com
Attorney for Plaintiff

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE STEUBEN COUNTY CIRCUIT COURT |
| | )SS: | |
| COUNTY OF STEUBEN | ) | |

ALLEN BELL
    Plaintiff

    Vs

WALMART INC.
    Defendant

## **REQUEST FOR JURY TRIAL**

    Comes now Plaintiff, ALLEN BELL, by counsel, and respectfully requests the Court to submit this cause to a trial by jury.

                                 Respectfully Submitted,

                                 */s/Daniel E. Brophy*
                                 Daniel E. Brophy, Atty #14471-02
                                 Richard T. Truitt, Atty # 893-35
                                 Phillip A. Truitt, Atty #35605-35
                                 TRUITT LAW OFFICES
                                 2855 Northpark Avenue, Suite 107
                                 Huntington, Indiana 46750
                                 Telephone: (260) 356-5066
                                 Email: d.brophy@truittlawoffices.com
                                            r.truitt@truittlawoffices.com
                                            p.truitt@truittlawoffices.com

**STATE OF INDIANA**        )        **IN THE STEUBEN CIRCUIT COURT**
                            ) SS:
**COUNTY OF STEUBEN**       )        **CAUSE NO: 76C01-2109-CT-000403**

ALLEN BELL,                 )
                            )
    Plaintiff,      )
                            )
vs.                         )
                            )
WALMART INC.,               )
                            )
    Defendant.      )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____   Responding _X_   Intervening _____; and the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:  **WALMART INC.**

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   Telephone # of party: _____
   FAX: _____
   Email Address: _____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   | | | |
   |---|---|---|
   | Name: | Robert T. Keen, Jr. | Attorney Number: 5475-02 |
   | Address: | 215 East Berry Street  Email: | rtk@barrettlaw.com |
   | | P.O. Box 2263 | |
   | | Fort Wayne, IN 46801-2263 | |
   | Phone: | (260) 423-9551 | |
   | Fax: | (260) 423-8920 | |

   **IMPORTANT**: Each attorney specified on this appearance:
   (a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

    (c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

    _____    Attorney's address
    _____    The Attorney General Confidentiality program address
    (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).
    _____    Another address (provide)
    _____

This case involves a petition for involuntary commitment. Yes ____ No __X__

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:
   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
   _____
   b. State of Residence of person subject to petition: _____
   c. At least one of the following pieces of identifying information:
      (i) Date of Birth _____
      (ii) Driver's License Number _____ _____
          State where issued _____ Expiration date _____
      (iii) State ID number _____
          State where issued _____ Expiration date _____
      (iv) FBI number _____
      (v) Indiana Department of Corrections Number _____
      (vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

3074337 - Appearance                        Page 2 of 3

7. There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule:
   _____

9. There are other party members: Yes ____ No _X_ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:
    Yes __X__ No____

                                                       */s/ Robert T. Keen, Jr.*
                                                      Robert T. Keen, Jr.
                                                      (Attorney information shown above)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 21st day of September, 2021, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Daniel E. Brophy, Esq.
Richard T. Truitt, Esq.
Phillip A. Truitt, Esq.
Truitt Law Offices
2855 Northpark Avenue, STE 107
Huntington, IN 46750
*Attorney for Plaintiff*

                                                       */s/Robert T. Keen, Jr.*
                                                       Robert T. Keen, Jr.

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE STEUBEN CIRCUIT COURT** |
| | ) SS: | |
| **COUNTY OF STEUBEN** | ) | **CAUSE NO: 76C01-2109-CT-000403** |

ALLEN BELL, )
        Plaintiff, )
vs. )
WALMART INC., )
        Defendant. )

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW Defendant, Walmart Inc., by counsel, and moves the Court for an enlargement of time within which to answer or otherwise respond to Plaintiff's Complaint on the grounds that the undersigned has just been retained to represent the Defendant and needs an enlargement of time in order to intelligently answer or otherwise respond to Plaintiff's Complaint, to and including October 21, 2021.

Respectfully submitted,

BARRETT McNAGNY LLP

By: */s/ Robert T. Keen, Jr.*
     Robert T. Keen, Jr., #5475-02
     215 E. Berry Street
     Fort Wayne, IN 46802
     Telephone: (260) 423-9551
     Fax: (260) 423-8920
     Email: rtk@barrettlaw.com
     *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 21st day of September, 2021, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Daniel E. Brophy, Esq.
Richard T. Truitt, Esq.
Phillip A. Truitt, Esq.
Truitt Law Offices
2855 Northpark Avenue, STE 107
Huntington, IN 46750
*Attorney for Plaintiff*

                                                                                                */s/Robert T. Keen, Jr.*
                                                                                                Robert T. Keen, Jr.

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE STEUBEN CIRCUIT COURT** |
| | ) **SS:** | |
| **COUNTY OF STEUBEN** | ) | **CAUSE NO: 76C01-2109-CT-000403** |

| | |
|---|---|
| ALLEN BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WALMART INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

COMES NOW Defendant, Walmart Inc., by counsel, and files a Motion for Enlargement of Time to Answer Complaint, and the Court, being duly advised in the premises, hereby extends the time within which Defendant must answer or otherwise respond to Plaintiff's Complaint to and including **October 21, 2021.**

Date: **September 21, 2021**

_Allen N. Wheat_
Judge, Steuben Circuit Court

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | IN THE STEUBEN CIRCUIT COURT |
| | ) SS: | |
| **COUNTY OF STEUBEN** | ) | CAUSE NO: 76C01-2109-CT-000403 |

| | |
|---|---|
| ALLEN BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WALMART INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING FOR DISCOVERY

COMES NOW Defendant, Walmart Inc., by counsel, pursuant to Rules 33 and 34 of the Indiana Rules of Trial Procedure, and hereby reports to the Court that on September 21, 2021, said Defendant served upon the Plaintiff, Allen Bell, through his counsel, the following:

1. Defendant's First Set of Interrogatories to Plaintiff; and

2. Defendant's First Request for Production of Documents to Plaintiff.

Respectfully submitted,

BARRETT McNAGNY LLP

By: */s/ Robert T. Keen, Jr.*
   Robert T. Keen, Jr., #5475-02
   215 E. Berry Street
   Fort Wayne, Indiana  46801-2263
   Telephone: (260) 423-9551
   Fax:  (260) 423-8920
   Email: rtk@barrettlaw.com
   *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that I have on this 21st day of September, 2021, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

 Daniel E. Brophy, Esq.
 Richard T. Truitt, Esq.
 Phillip A. Truitt, Esq.
 Truitt Law Offices
 2855 Northpark Avenue, STE 107
 Huntington, IN 46750
 *Attorney for Plaintiff*

                /s/Robert T. Keen, Jr.
                Robert T. Keen, Jr.